**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | CA 06 398 ML |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.:** |
| **YELLOW TRANSPORTATION, INC.** | ) | |
| **Defendant.** | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1337, 1441, 1445 and 1446, defendant Yellow Transportation, Inc. hereby gives notice of the removal of this cause of action to the United States District Court for the District of Rhode Island. Defendant states as grounds for removal that:

1. On July 21, 2006, plaintiff JR Music Supply LLC commenced this action in the State of Rhode Island, Providence Superior Court. The suit is numbered PC 06-3832 (the "Civil Action"). Copies of the Summons, Complaint and Civil Case Cover Sheet in the Civil Action are attached hereto as **Exhibit A**.

2. This Notice of Removal is being filed in the record office of the Clerk of this Court at Providence, Rhode Island, pursuant to LR Cv 81(a).

3. On July 26, 2006, the Providence Superior Court issued its summons. Defendant received service on August 11, 2006. *See* Exhibit A.

4. This Notice of Removal has therefore been timely filed within thirty days of defendant's earliest receipt of plaintiff's Complaint, in accordance with 28 U.S.C. § 1446(b).

5. In its claim submitted to defendant before filing the Civil Action, plaintiff demanded damages from defendant in the sum of $12,576.50. Affidavit of Trevor Blaylock, dated August 31, 2006, ¶¶ 8-11, filed concurrently herewith.

6. Plaintiff's Complaint seeks damages in excess of $10,000 from defendant for the alleged damage incurred during the interstate transportation of plaintiff's goods. (*See* Complaint, ¶ 10).[1]

7. In order to accommodate plaintiff, defendant transported plaintiff's goods from plaintiff's place of business in Woonsocket, Rhode Island to Anaheim, California. (*See* Complaint, ¶ 3).

8. The transportation of plaintiff's goods between Rhode Island and California constitutes transportation in interstate commerce. 49 U.S.C. § 13501(1) (A).

9. Because the transportation of plaintiff's goods constitutes transportation in interstate commerce, plaintiff's claims and alleged damages are governed by the Carmack Amendment to the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. § 14706, *et seq*.

10. This Court accordingly has original federal question jurisdiction over the claims alleged in plaintiff's Complaint under 28 U.S.C. §§ 1331, 1337, 1441(a) and (b) and 1445 and this action may be removed pursuant to 28 U.S.C. §1446.

11. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings and process in this action that were served on or received by the defendant are attached hereto as Exhibit A. No other process, pleadings or orders have been received by or served upon defendant.

12. Pursuant to 28 U.S.C. § 1446 and LR Cv 81(a), defendant will file a copy of this Notice of Removal with the Clerk of the Providence Superior Court, Rhode Island; will provide

---

[1] Plaintiff alleges that it sustained damages in an amount sufficient to confer jurisdiction in the Providence Superior Court. Upon information and belief, the Providence Superior Court has original jurisdiction in civil matters where the amount in controversy exceeds $10,000.

prompt notice to the plaintiff; and will file proof of service of all notices and filings with the Clerk of this Court.

13. Pursuant to LR Cv 81(b), within ten (10) days after the filing of this Notice of Removal, defendant will procure a copy of all records and proceedings had in the Providence Superior Court, Rhode Island, and will file certified or attested copies of such proceedings with the Clerk of this Court.

**WHEREFORE**, defendant Yellow Transportation, Inc. requests that the Civil Action be removed from the Providence Superior Court, Providence, Rhode Island to this Court and that all proceedings in the Providence Superior Court be terminated.

Respectfully submitted,

YELLOW TRANSPORTATION, INC.

By its attorneys,

September 6, 2006

Wesley S. Chused
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819

and

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, RI 02903
Tel: (401) 273-9770

and

Kenneth R. Hoffman MO#55865
David M. Buffo KS #21399
BLACKWELL SANDERS PEPER MARTIN LLP

4801 Main, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Telecopier: (816) 983-8080

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, I served a copy of the foregoing Notice of Removal, upon all parties hereto, via first class mail, postage prepaid, properly addressed to the following:

Joseph P. Carroll, Esq.
68 Cumberland Street, Suite 203
Woonsocket, RI 02895

Civil Clerk
Providence Superior Court
250 Benefit Street
Providence, RI 02903

Wesley S. Chused