STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JR MUSIC SUPPLY LLC

VS. C.A. NO. PC 06-3832

YELLOW TRANSPORTATION INC.

COMPLAINT
COUNT ONE

1. The Plaintiff, JR MUSIC SUPPLY LLC is a Rhode Island limited liability company having its usual place of business in Woonsocket, Rhode Island.

2. The Defendant is a foreign corporation transacting business within the State of Rhode Island.

3. On or about January 6, 2006 the Plaintiff and Defendant entered into an agreement whereby the Defendant agreed to transport certain goods of the Plaintiff rom Woonsocket, Rhode Island to Anaheim, California.

4. On January 6, 2006 the Defendant inspected the goods for transport and took the goods into its possession.

5. At the time the Defendant received the goods the Defendant was aware of the packaging or the goods and actually inspected the packaging. At no time did the Defendant advise the Plaintiff that the packaging of the goods was not in conformity with packaging standards.

6. The Defendant was under an obligation to advise the Plaintiff of any inferior packaging.

7. At all times the goods in question were in the care, custody and control of the Defendant.

8. At the time the goods were enclosed by the Defendant said goods were damaged.

9. The Defendant had a duty to handle said goods and transport said goods in a manner that would not cause damage to the goods. The Defendant breached said duty to the Plaintiff and as a result of the negligence of the Defendant the goods were damaged.

10. The Plaintiff has sustained damage to its property in an amount sufficient to confer jurisdiction in this Court.

7/21/06
MC

WHEREFORE the Plaintiff demands judgment from the Defendant for damage to its property together with interest and costs.

COUNT TWO

11. The Plaintiff reiterates the allegations of Count One.

12. The Defendant having contracted with the Plaintiff to transport said goods, breached its contract with the Plaintiff.

Plaintiff
By Its Attorney

Joseph P. Carroll, Esq. #1344
68 Cumberland Street, Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

Dated: 7/21/06

**THE PLAINTIFF DEMANDS A TRIAL BY JURY**

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/~~BRISTOL~~ [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. ..........................

JR MUSIC SUPPLY LLC

Plaintiff

YELLOW TRANSPORTATION INC.
Agent for Service:

Defendant

Corporation Company, Inc.
515 South Kansas
Topeka, KS 66603

## *Summons*

*To the above-named Defendant:* Yellow Transportation Inc., Agent for Service: Corporation Company XXXXXXXXXXXX XXXXm Inc.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Joseph P. Carroll, Esquire Plaintiff's attorney, whose address is 68 Cumberland Street, Suite 203, Woonsocket, RI an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: July 21, 2006

(Seal of the Superior Court)

A TRUE COPY ATTEST
Constable #~~6067~~ 133
Daryl G. Jamieson
Date 7/26/06

**STATE OF RHODE ISLAND**
**SUPERIOR COURT**

## CIVIL CASE COVER SHEET

Case # (Filled in by Clerk's Office) PC 06 3832

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| JR MUSIC SUPPLY LLC | YELLOW TRANSPORTATION INC.<br>Agent for Service: Corporation Company, Inc.<br>515 South Kansas<br>Topeka, KS 66603 |

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below. **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

### CIVIL ACTIONS

☐ AGA Agency appeal
☐ ALA Alienation of affection
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CIC Criminal inj compensation
☐ DOJ Debt on judgment
☐ DTP Deceptive trade practice
☐ DEJ Declaratory judgment

☐ DPC Denial of probate claim
☐ EXT Excessive tax
☐ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ WOM Mandamus, writ of
☐ PRT Partition
☐ PER Personal injury
☐ IDV Personal inj/property dam-vehicle
☐ PIV Personal injury-vehicle
☐ PRL Product liability

☐ PRN Promissory note
☒ PDM Property damage
☐ PDV Property damage-vehicle
☐ RLP Real property
☐ RIC Reinstate charter
☐ DIN Recovery of damages/insurance
☐ ROF Recovery of funds
☐ WOR Replevin, writ of
☐ SPP Specific performance
☐ TCO Title clearing (other than tax title)
☐ TAE Trespass and ejectment
☐ TRA Trustee/accounting
☐ TCT Trustee/appt convey title
☐ UNM Uninsured motorist
☐ WRD Wrongful death

☐ **Other than above (specify type):**

### MISCELLANEOUS PETITIONS

☐ ARA Arbitration award
☐ CAR Arbitration/confirm
☐ RTA Arbitration/referral
☐ VAR Arbitration/vacate
☐ ADD Assessment of damages
☐ CND Condemnation
☐ CFC Confirm compromise
☐ DOC Dissolution of corp.
☐ EDP End partnership
☐ FRR Forclosure of right of redemption

☐ TLF Foreclosure/tax lien
☐ FOC Forfeiture of charter
☐ GJI Grand Jury Investigation
☐ HAC Habeas corpus
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PFS Perform surgery
☐ PFC Petition for constable
☐ PTE Petition to expunge

☐ PFI Petition for immunity
☐ PIN Pet for inventory (wire tap)
☐ PFR Petition for review
☐ PTD Pet to take deposition
☐ PCR Post conviction relief
☐ REC Receivership
☐ R5A Rule 5A petition
☐ TCL Title clearing (tax title)
☐ AOT Trustee/appointment of
☐ DOT Trustee/declination of
☐ AOS Trustee successor

☐ **Other than above (specify type):**

7/21/06 MC

### PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

**Is this a case that may require a trial for resolution?** ☒ yes ☐ no If yes: ☒ jury or ☐ non-jury

(attorney name) Joseph P. Carroll, Esquire #1344

☐ pro se

(date) 7/19/06

S-223 6/85

Joseph P. Carroll, Esquire
68 Cumberland Street, Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

Date: August 9, 2006

To: Resident Agent

HERE IT IS

To get this to you promptly, I am mailing the enclosed without a formal letter.

Re: JR Music Supply, LLC vs. Yellow Transportation Inc.

I am enclosing the following (i) Summons, (ii) Civil Case Cover Sheet, (iii) Complaint

725112K

CT CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
08/11/2006
Log Number 511388684

**TO:** Kellie Moledor
Roadway Express, Inc.
1077 Gorge Blvd
Akron, OH, 44310-

LAW

AUG 14 2006

**RE:** **Process Served in Kansas**

**FOR:** Yellow Transportation, Inc. (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jr Music Supply LLC, Pltf. vs. Yellow Transportation Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Cover Sheet; Civil Case Cover Sheet; Summons; Complaint; Demand for Jury Trial |
| **COURT/AGENCY:** | Providence County Superior Court - Rhode Island, RI<br>Case # 06-3832 |
| **NATURE OF ACTION:** | Property Damage Litigation - non-specific goods damaged in transit on 1/1/06. non-specific monetary damages requested. |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/11/2006 postmarked on 08/09/2006 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Joseph P. Carroll<br>Attorney at Law<br>68 Cumberland Street<br>Suite 203<br>Woonsocket, RI, 02895<br>401-766-4118 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791083467365<br>Image SOP - Page(s): 7<br>Email Notification, Lisa M Yates Lisa.Yates@yrcw.com<br>Email Notification, Brenda Germ brenda.germ@yrcw.com |
| **SIGNED:** | The Corporation Company, Inc. |
| **ADDRESS:** | 515 South Kansas Avenue<br>Topeka, KS, 66603 |
| **TELEPHONE:** | 785-233-0593 |

Page 1 of 1 / LM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

Joseph P. Carroll
Attorney at Law
Plaza Center, Suite 208
68 Cumberland Street
Woonsocket, RI 02895

CERTIFIED MAIL

PROVIDENCE RI 029
09 AUG 2006 PM
$04.88 AUG 09 06
WOONSOCKET, RI 02895

7099 3400 0003 0537 2536

Yellow Transportation, Inc.
c/o Corporation Company, Inc.
515 South Kansas
Topeka, KS 66603

66603$3415 C033