**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:** |
| | ) | |
| **YELLOW TRANSPORTATION, INC.** | ) | **State Court Case No.: PC 06-3832** |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF TREVOR BLAYLOCK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

STATE OF KANSAS )
) ss
COUNTY OF JOHNSON )

I, Trevor Blaylock, being first duly sworn under oath, do hereby swear and affirm as follows:

1. I am over the age of twenty-one and not otherwise disqualified from giving this Affidavit.

2. This Affidavit is given in support of the Notice of Removal filed by Yellow to remove this case from the State of Rhode Island, Providence Superior Court to the United States District Court for the District of Rhode Island.

3. I am employed by Yellow Transportation, Inc. ("Yellow") in Overland Park, Kansas in the Cargo Claims Department.

4. I was assigned to work on the claim and lawsuit filed by JR Music Supply LLC ("JR").

5. I am familiar with the claim of JR, on which this lawsuit is based and I have personal knowledge of the information stated in this Affidavit.

6. I have read JR's summons and complaint in this lawsuit and I note that it does not refer to an amount of damages sought. Based upon the file maintained by Yellow for JR's

shipment and the loss and damage claim that JR filed with Yellow, I can attest that the amount of money JR has demanded from Yellow for the alleged damage to its shipment is at least $12,576.50.

7. Attached as Exhibit 1 to this Affidavit is a letter from Mr. Robert F. Boronski with JR to Yellow's Cargo Claims Department dated March 30, 2006.

8. Mr. Boronski's March 30, 2006 letter states that the estimate to repair the crates and exhibit display allegedly damaged by Yellow is $12,576.50. (*See* Exhibit 1).

9. Further, Mr. Boronski's March 30, 2006 letter indicates that JR would be submitting a "complete" amount against its claim. (*See* Exhibit 1).

10. To the best of my knowledge, JR did not submit any additional information to Yellow to "complete" the amount of its alleged claim against Yellow.

11. It is my understanding that the minimum amount of damages alleged by JR is $12,576.50.

FURTHER AFFIANT SAYETH NAUGHT.

TREVOR BLAYLOCK

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 31 day of August, 2006.

(Seal)

NOTARY PUBLIC STATE OF KANSAS

Notary Signature

My commission expires 12-12-2009

**JR Music Supply LLC**
**93 Hazel Street**
**Woonsocket, Rhode Island 02895**
**Voice: 401.762.2278 • Facsimile: 401.762.2215**
**info@jrmusicsupply.com • www.jrmusicsupply.com**

March 30, 2006

Yellow Freight System, Inc.
Cargo Claims Department
P.O. Box 7903 – 10990 Roe Ave.
Overland Park, KS 66207

Ref: Yellow Claim Number – 725112K

Dear Sir / Madam:

Enclosed you will find a copy of a fax received this morning from "Freeman" containing their estimate to repair the booth (crates and exhibit display). This estimate is for $12,576.50

I believe that we may very shortly be in a position to submit a complete amount against this claim.

Please let me know if you need any additional information.

Very truly yours,

Robert F. Boronski
Chief Operating Officer

Cc: Dave Smith, Yellow Transportation, Seekonk, MA (fax: 508-336-4670)

EXHIBIT
1

000071 APR-3 06