**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **YELLOW TRANSPORTATION, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT YELLOW TRANSPORATION, INC.**
**(Fed. R. Civ. P. 7.1)**

Defendant Yellow Transportation, Inc. states that it is a wholly owned subsidiary of YRC Worldwide, Inc., a publicly held company.

Respectfully submitted,

YELLOW TRANSPORTATION, INC.

By its attorneys,

Date: September 6, 2006

Wesley S. Chused
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819

and

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, RI 02903
Tel: (401) 273-9770

and

Kenneth R. Hoffman MO#55865
David M. Buffo KS #21399
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Telecopier: (816) 983-8080

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, I served a copy of the foregoing Notice of Removal, upon all parties hereto, via first class mail, postage prepaid, properly addressed to the following:

Joseph P. Carroll, Esq.
68 Cumberland Street, Suite 203
Woonsocket, RI 02895

Civil Clerk
Providence Superior Court
250 Benefit Street
Providence, RI 02903

Wesley S. Chused