# Exhibit A

PAST DUE INVOICES

| Invoice | Date | Due Date | Balance | Currency |
|---|---|---|---|---|
| 196-006172-X | 12-06-05 | 12-26-05 | 203.14 | US |
| 131-986654-2 | 01-06-06 | 01-26-06 | 3,273.74 | US |
| 132-115458-9 | 01-23-06 | 02-12-06 | 89.93 | US |
| 132-115459-8 | 01-23-06 | 02-12-06 | 1,027.50 | US |
| 131-987320-7 | 02-27-06 | 03-19-06 | 115.62 | US |
| 131-987469-1 | 03-08-06 | 03-28-06 | 228.47 | US |
| 131-987484-8 | 03-09-06 | 03-29-06 | 328.77 | US |
| 131-987562-7 | 03-16-06 | 04-05-06 | 96.37 | US |
| 131-987565-4 | 03-16-06 | 04-05-06 | 99.09 | US |
| 422-069628-2 | 03-28-06 | 04-17-06 | 170.02 | US |
| 131-987824-9 | 04-03-06 | 04-23-06 | 99.08 | US |
| 131-987944-X | 04-11-06 | 05-01-06 | 144.73 | US |
| 131-987961-4 | 04-12-06 | 05-02-06 | 97.28 | US |
| 131-987962-3 | 04-12-06 | 05-02-06 | 100.80 | US |
| 076-516660-X | 04-26-06 | 05-16-06 | 196.39 | US |

Total Amount Past Due $ 6,270.93