STATE ꓤHODE ISLAND AND PROVIDENCE PLA. TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3832 JR MUSIC SUPPLY V YELLOW TRANSPORTATION LLC

Filing Date: 07-21-2006
Case Status: UNASSIGNED

Case Type: PROPERTY DAMAGE
Status Date: 07-21-2006

Plaintiff: J R MUSIC SUPPLY LLC
ID: @10257800

Attorney: JOSEPH CARROLL

Defendant: YELLOW TRANSPORTATION INC
ID: @10086771

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-21-2006 | COMPLAINT FILED | |
| 07-21-2006 | INITIAL FILING FEE | |
| 07-21-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP230449. |
| 08-21-2006 | AFFIDAVIT OF SERVICE FILED | Affiliated: CARROLL, JOSEPH P |
| 08-21-2006 | PROOF OF SERVICE FILED | Affiliated: YELLOW TRANSPORTATION INC |
| 09-07-2006 | AFFIDAVIT FILED | OF TREVOR BLAYLOCK IN SUPPORT OF DEFTS NOTICE OF REMOVAL |
| 09-07-2006 | NOTICE OF REMOVAL | |
| 09-07-2006 | DOCUMENT(S) FILED | CORPORATE DISCLOSURE STATEMENT OF DEFT YELLOW TRANSPORTATION INC |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **YELLOW TRANSPORTATION, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT YELLOW TRANSPORATION, INC.**
**(Fed. R. Civ. P. 7.1)**

Defendant Yellow Transportation, Inc. states that it is a wholly owned subsidiary of YRC Worldwide, Inc., a publicly held company.

Respectfully submitted,

YELLOW TRANSPORTATION, INC.

By its attorneys,

Date: September 6, 2006

Wesley S. Chused
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819

and

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, RI 02903
Tel: (401) 273-9770

and

FILED
HENRY S. KINCH JR., CLERK
2006 SEP -7 P 12:56

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Kenneth R. Hoffman MO#55865
David M. Buffo KS #21399
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Telecopier: (816) 983-8080

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, I served a copy of the foregoing Notice of Removal, upon all parties hereto, via first class mail, postage prepaid, properly addressed to the following:

Joseph P. Carroll, Esq.
68 Cumberland Street, Suite 203
Woonsocket, RI 02895

Civil Clerk
Providence Superior Court
250 Benefit Street
Providence, RI 02903

Wesley S. Chused

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

JS 44
(Rev. 3/99)

# CIVIL COVER SHEE'

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as require by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the us of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

JR MUSIC SUPPLY LLC

**DEFENDANTS**

YELLOW TRANSPORTATION, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Joseph P. Carroll, Esq.
68 Cumberland Street, Suite 203
Woonsocket, RI 02895 Tel: (401) 766-4118

ATTORNEYS (IF KNOWN)
Wesley S. Chused
Looney & Grossman LLP, 101 Arch Street
Boston, MA 02110 Tel: (617) 951-2800

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☒ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for interstate freight loss and damage. 49 U.S.C. 14706

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ 12,577

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): **IF ANY** JUDGE ______ DOCKET NUMBER ______

DATE: September , 2006

SIGNATURE OF ATTORNEY OF RECORD: [signature]

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2006 SEP 18 CLERK U.S. DISTRICT COURT

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.:** |
| **YELLOW TRANSPORTATION, INC.** | ) | |
| **Defendant.** | ) | |

2006 SEP -7 P 12:51
FILED
HENRY S. KINCH JR., CLERK

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1337, 1441, 1445 and 1446, defendant Yellow Transportation, Inc. hereby gives notice of the removal of this cause of action to the United States District Court for the District of Rhode Island. Defendant states as grounds for removal that:

1. On July 21, 2006, plaintiff JR Music Supply LLC commenced this action in the State of Rhode Island, Providence Superior Court. The suit is numbered PC 06-3832 (the "Civil Action"). Copies of the Summons, Complaint and Civil Case Cover Sheet in the Civil Action are attached hereto as **Exhibit A.**

2. This Notice of Removal is being filed in the record office of the Clerk of this Court at Providence, Rhode Island, pursuant to LR Cv 81(a).

3. On July 26, 2006, the Providence Superior Court issued its summons. Defendant received service on August 11, 2006. *See* Exhibit A.

4. This Notice of Removal has therefore been timely filed within thirty days of defendant's earliest receipt of plaintiff's Complaint, in accordance with 28 U.S.C. § 1446(b).

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

5. In its claim submitted to defendant before filing the Civil Action, plaintiff demanded damages from defendant in the sum of $12,576.50. Affidavit of Trevor Blaylock, dated August 31, 2006, ¶¶ 8-11, filed concurrently herewith.

6. Plaintiff's Complaint seeks damages in excess of $10,000 from defendant for the alleged damage incurred during the interstate transportation of plaintiff's goods. (*See* Complaint, ¶ 10).[1]

7. In order to accommodate plaintiff, defendant transported plaintiff's goods from plaintiff's place of business in Woonsocket, Rhode Island to Anaheim, California. (*See* Complaint, ¶ 3).

8. The transportation of plaintiff's goods between Rhode Island and California constitutes transportation in interstate commerce. 49 U.S.C. § 13501(1) (A).

9. Because the transportation of plaintiff's goods constitutes transportation in interstate commerce, plaintiff's claims and alleged damages are governed by the Carmack Amendment to the ICC Termination Act of 1995 ("ICCTA"), 49 U.S.C. § 14706, *et seq.*

10. This Court accordingly has original federal question jurisdiction over the claims alleged in plaintiff's Complaint under 28 U.S.C. §§ 1331, 1337, 1441(a) and (b) and 1445 and this action may be removed pursuant to 28 U.S.C. §1446.

11. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings and process in this action that were served on or received by the defendant are attached hereto as Exhibit A. No other process, pleadings or orders have been received by or served upon defendant.

12. Pursuant to 28 U.S.C. § 1446 and LR Cv 81(a), defendant will file a copy of this Notice of Removal with the Clerk of the Providence Superior Court, Rhode Island; will provide

[1] Plaintiff alleges that it sustained damages in an amount sufficient to confer jurisdiction in the Providence Superior Court. Upon information and belief, the Providence Superior Court has original jurisdiction in civil matters where the amount in controversy exceeds $10,000.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

prompt notice to the plaintiff; and will file proof of service of all notices and filings with the Clerk of this Court.

13. Pursuant to LR Cv 81(b), within ten (10) days after the filing of this Notice of Removal, defendant will procure a copy of all records and proceedings had in the Providence Superior Court, Rhode Island, and will file certified or attested copies of such proceedings with the Clerk of this Court.

**WHEREFORE**, defendant Yellow Transportation, Inc. requests that the Civil Action be removed from the Providence Superior Court, Providence, Rhode Island to this Court and that all proceedings in the Providence Superior Court be terminated.

Respectfully submitted,

YELLOW TRANSPORTATION, INC.

By its attorneys,

September 6, 2006

Wesley S. Chused
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819

and

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, RI 02903
Tel: (401) 273-9770

and

Kenneth R. Hoffman MO#55865
David M. Buffo KS #21399
BLACKWELL SANDERS PEPER MARTIN LLP

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

4801 Main, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Telecopier: (816) 983-8080

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, I served a copy of the foregoing Notice of Removal, upon all parties hereto, via first class mail, postage prepaid, properly addressed to the following:

Joseph P. Carroll, Esq.
68 Cumberland Street, Suite 203
Woonsocket, RI 02895

Civil Clerk
Providence Superior Court
250 Benefit Street
Providence, RI 02903

Wesley S. Chused

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

725112K

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
08/11/2006
Log Number 511388684

**TO:** Kellie Moledor
Roadway Express, Inc.
1077 Gorge Blvd
Akron, OH, 44310-

LAW

AUG 14 2006

**RE:** **Process Served in Kansas**

**FOR:** Yellow Transportation, Inc. (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jr Music Supply LLC, Pltf. vs. Yellow Transportation Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Cover Sheet; Civil Case Cover Sheet; Summons; Complaint; Demand for Jury Trial |
| **COURT/AGENCY:** | Providence County Superior Court - Rhode Island, RI<br>Case # 06-3832 |
| **NATURE OF ACTION:** | Property Damage Litigation - non-specific goods damaged in transit on 1/1/06. non-specific monetary damages requested. |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/11/2006 postmarked on 08/09/2006 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Joseph P. Carroll<br>Attorney at Law<br>68 Cumberland Street<br>Suite 203<br>Woonsocket, RI, 02895<br>401-766-4118 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791083467365<br>Image SOP - Page(s): 7<br>Email Notification, Lisa M Yates Lisa.Yates@yrcw.com<br>Email Notification, Brenda Germ brenda.germ@yrcw.com |
| **SIGNED:**<br>**ADDRESS:** | The Corporation Company, Inc.<br>515 South Kansas Avenue<br>Topeka, KS, 66603 |
| **TELEPHONE:** | 785-233-0593 |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Page 1 of 1 / LM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

Joseph P. Carroll
Attorney at Law
Plaza Center, Suite 203
68 Cumberland Street
Woonsocket, RI 02895

CERTIFIED MAIL

PROVIDENCE RI 029
09 AUG 2006 PM

7099 3400 0003 0537 2536

1 49
5501 $04.88 AUG 09 06
6574 WOONSOCKET, RI 02895

Yellow Transportation, Inc.
c/o Corporation Company, Inc.
515 South Kansas
Topeka, KS 66603

66603$3415 C033

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Joseph P. Carroll, Esquire
68 Cumberland Street, Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

Date: August 9, 2006

To: Resident Agent

HERE IT IS

To get this to you promptly, I am mailing the enclosed without a formal letter.

Re: JR Music Supply, LLC vs. Yellow Transportation Inc.

I am enclosing the following (i) Summons, (ii) Civil Case Cover Sheet, (iii) Complaint

[signature]

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/~~BRISTOL~~ [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. ............................

JR MUSIC SUPPLY LLC
................................................ Plaintiff

YELLOW TRANSPORTATION INC.
~~Agent for Service:~~ ................................ Defendant

Corporation Company, Inc.
515 South Kansas
Topeka, KS 66603

***Summons***

*To the above-named Defendant:* Yellow Transportation Inc., Agent for Service: Corporation Company ~~XXXXXXXXXXXXXX XXXXXX~~ Inc.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Joseph P. Carroll, Esquire Plaintiff's attorney, whose address is 68 Cumberland Street, Suite 203, Woonsocket, RI
..........................................................
an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: July 21, 2006

(Seal of the Superior Court)

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

A TRUE COPY ATTEST
Constable # ~~6067~~ 133
Daryl G. Jamieson
Date 7/26/06

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JR MUSIC SUPPLY LLC

VS.

C.A. NO. PC 06-3832

YELLOW TRANSPORTATION INC.

COMPLAINT
COUNT ONE

1. The Plaintiff, JR MUSIC SUPPLY LLC is a Rhode Island limited liability company having its usual place of business in Woonsocket, Rhode Island.

2. The Defendant is a foreign corporation transacting business within the State of Rhode Island.

3. On or about January 6, 2006 the Plaintiff and Defendant entered into an agreement whereby the Defendant agreed to transport certain goods of the Plaintiff rom Woonsocket, Rhode Island to Anaheim, California.

4. On January 6, 2006 the Defendant inspected the goods for transport and took the goods into its possession.

5. At the time the Defendant received the goods the Defendant was aware of the packaging or the goods and actually inspected the packaging. At no time did the Defendant advise the Plaintiff that the packaging of the goods was not in conformity with packaging standards.

6. The Defendant was under an obligation to advise the Plaintiff of any inferior packaging.

7. At all times the goods in question were in the care, custody and control of the Defendant.

8. At the time the goods were enclosed by the Defendant said goods were damaged.

9. The Defendant had a duty to handle said goods and transport said goods in a manner that would not cause damage to the goods. The Defendant breached said duty to the Plaintiff and as a result of the negligence of the Defendant the goods were damaged.

10. The Plaintiff has sustained damage to its property in an amount sufficient to confer jurisdiction in this Court.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

7/21/06
MC

WHEREFORE the Plaintiff demands judgment from the Defendant for damage to its property together with interest and costs.

COUNT TWO

11. The Plaintiff reiterates the allegations of Count One.

12. The Defendant having contracted with the Plaintiff to transport said goods, breached its contract with the Plaintiff.

Plaintiff
By Its Attorney

Joseph P. Carroll, Esq. #1344
68 Cumberland Street, Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

Dated: 7/21/06

**THE PLAINTIFF DEMANDS A TRIAL BY JURY**

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

Case # (Filled in by Clerk's Office)
PC 06 3832

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| JR MUSIC SUPPLY LLC | YELLOW TRANSPORTATION INC.<br>Agent for Service: Corporation Company, Inc.<br>515 South Kansas<br>Topeka, KS 66603 |

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below. **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

### CIVIL ACTIONS

☐ AGA Agency appeal
☐ ALA Alienation of affection
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☐ CIC Criminal inj compensation
☐ DOJ Debt on judgment
☐ DTP Deceptive trade practice
☐ DEJ Declaratory judgment
☐ DPC Denial of probate claim
☐ EXT Excessive tax
☐ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ WOM Mandamus, writ of
☐ PRT Partition
☐ PER Personal injury
☐ IDV Personal inj/property dam-vehicle
☐ PIV Personal injury-vehicle
☐ PRL Product liability
☐ PRN Promissory note
☒ PDM Property damage
☐ PDV Property damage-vehicle
☐ RLP Real property
☐ RIC Reinstate charter
☐ DIN Recovery of damages/insurance
☐ ROF Recovery of funds
☐ WOR Replevin, writ of
☐ SPP Specific performance
☐ TCO Title clearing (other than tax title)
☐ TAE Trespass and ejectment
☐ TRA Trustee/accounting
☐ TCT Trustee/appt convey title
☐ UNM Uninsured motorist
☐ WRD Wrongful death

☐ **Other than above (specify type):**

### MISCELLANEOUS PETITIONS

☐ ARA Arbitration award
☐ CAR Arbitration/confirm
☐ RTA Arbitration/referral
☐ VAR Arbitration/vacate
☐ AOD Assessment of damages
☐ CND Condemnation
☐ CFC Confirm compromise
☐ DOC Dissolution of corp.
☐ EDP End partnership
☐ FRR Forclosure of right of redemption
☐ TLF Foreclosure/tax lien
☐ FOC Forfeiture of charter
☐ GJI Grand Jury Investigation
☐ HAC Habeas corpus
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PFS Perform surgery
☐ PFC Petition for constable
☐ PTE Petition to expunge
☐ PFI Petition for immunity
☐ PIN Pet for inventory (wire tap)
☐ PFR Petition for review
☐ PTD Pet to take deposition
☐ PCR Post conviction relief
☐ REC Receivership
☐ R5A Rule 5A petition
☐ TCL Title clearing (tax title)
☐ AOT Trustee/appointment of
☐ DOT Trustee/declination of
☐ AOS Trustee successor

☐ **Other than above (specify type):**

7/21/06
MC

### PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ **Other than above (specify type):**

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**Is this a case that may require a trial for resolution?** ☒ yes ☐ no If yes: ☒ jury or ☐ non-jury

(attorney name) Joseph P. Carroll, Esquire #1344 (date) 7/19/06

☐ pro se

S-223 6/85

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:** |
| | ) | |
| **YELLOW TRANSPORTATION, INC.** | ) | **State Court Case No.: PC 06-3832** |
| | ) | |
| **Defendant.** | ) | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**AFFIDAVIT OF TREVOR BLAYLOCK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

STATE OF KANSAS )
) ss
COUNTY OF JOHNSON )

I, Trevor Blaylock, being first duly sworn under oath, do hereby swear and affirm as follows:

1. I am over the age of twenty-one and not otherwise disqualified from giving this Affidavit.

2. This Affidavit is given in support of the Notice of Removal filed by Yellow to remove this case from the State of Rhode Island, Providence Superior Court to the United States District Court for the District of Rhode Island.

3. I am employed by Yellow Transportation, Inc. ("Yellow") in Overland Park, Kansas in the Cargo Claims Department.

4. I was assigned to work on the claim and lawsuit filed by JR Music Supply LLC ("JR").

5. I am familiar with the claim of JR, on which this lawsuit is based and I have personal knowledge of the information stated in this Affidavit.

6. I have read JR's summons and complaint in this lawsuit and I note that it does not refer to an amount of damages sought. Based upon the file maintained by Yellow for JR's

FILED HENRY S. KINCH JR., CLERK 2006 SEP -7 P 12:58

shipment and the loss and damage claim that JR filed with Yellow, I can attest that the amount of money JR has demanded from Yellow for the alleged damage to its shipment is at least $12,576.50.

7. Attached as Exhibit 1 to this Affidavit is a letter from Mr. Robert F. Boronski with JR to Yellow's Cargo Claims Department dated March 30, 2006.

8. Mr. Boronski's March 30, 2006 letter states that the estimate to repair the crates and exhibit display allegedly damaged by Yellow is $12,576.50. (*See* Exhibit 1).

9. Further, Mr. Boronski's March 30, 2006 letter indicates that JR would be submitting a "complete" amount against its claim. (*See* Exhibit 1).

10. To the best of my knowledge, JR did not submit any additional information to Yellow to "complete" the amount of its alleged claim against Yellow.

11. It is my understanding that the minimum amount of damages alleged by JR is $12,576.50.

FURTHER AFFIANT SAYETH NAUGHT.

TREVOR BLAYLOCK

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 31 day of August, 2006.

(Seal)

Notary Signature

My commission expires 12-12-2009

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

JR Music Supply LLC
93 Hazel Street
Woonsocket, Rhode Island 02895
Voice: 401.762.2278 • Facsimile: 401.762.2215
info@jrmusicsupply.com • www.jrmusicsupply.com

March 30, 2006

Yellow Freight System, Inc.
Cargo Claims Department
P.O. Box 7903 – 10990 Roe Ave.
Overland Park, KS 66207

Ref: Yellow Claim Number – 725112K

Dear Sir / Madam:

Enclosed you will find a copy of a fax received this morning from "Freeman" containing their estimate to repair the booth (crates and exhibit display). This estimate is for $12,576.50

I believe that we may very shortly be in a position to submit a complete amount against this claim.

Please let me know if you need any additional information.

Very truly yours,

Robert F. Boronski
Chief Operating Officer

Cc: Dave Smith, Yellow Transportation, Seekonk, MA (fax: 508-336-4670)

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

EXHIBIT

000071 APR -3 06

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JR MUSIC SUPPLY LLC

VS.

C.A. NO. 06-3832

YELLOW TRANSPORTATION INC.
Agent for Service
Corporation Company, Inc.
515 South Kansas
Topeka, KS 6603

AFFIDAVIT OF SERVICE

I, Joseph P. Carroll, Esquire, hereby state that the following facts are true:

1. I am the attorney for the Plaintiff in this matter.

2. The Defendant is a foreign corporation created and existing under the laws of the State of Kansas.

3. The Defendant is subject to jurisdiction in the State of Rhode Island by virtue of transacting business in this State.

4. The Defendant has designated Corporation Company Inc., 515 South Kansas, Topeka, Kansas as its agent for service of process pursuant to Rule 4(f)(2) of the Rules of Civil Procedure.

5. On August 9, 2006 I caused a copy of the Summons and Complaint to be mailed via certified mail to the Defendant's agent.

6. The mailing was received by the agent on August 11, 2006.

7. The original certified mail receipt and return receipt are annexed hereto.

Joseph P. Carroll, Esq. #1344
68 Cumberland Street
Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
06 AUG 21 AM 10: 02

State of Rhode Island
County of Providence

In Woonsocket, on this 18th day of August, 2006, before me personally appeared Joseph P. Carroll to me known and known by me to be the party executing the foregoing instrument and acknowledged said instrument and the execution thereof, to be his free act and deed.

Louise R Felice
Notary Public Louise R. Felice
My Commission Expires: 7-24-09

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JR MUSIC SUPPLY LLC

VS.

C.A. NO. PC 06-3832

YELLOW TRANSPORTATION INC.

COMPLAINT
COUNT ONE

1. The Plaintiff, JR MUSIC SUPPLY LLC is a Rhode Island limited liability company having its usual place of business in Woonsocket, Rhode Island.

2. The Defendant is a foreign corporation transacting business within the State of Rhode Island.

3. On or about January 6, 2006 the Plaintiff and Defendant entered into an agreement whereby the Defendant agreed to transport certain goods of the Plaintiff rom Woonsocket, Rhode Island to Anaheim, California.

4. On January 6, 2006 the Defendant inspected the goods for transport and took the goods into its possession.

5. At the time the Defendant received the goods the Defendant was aware of the packaging or the goods and actually inspected the packaging. At no time did the Defendant advise the Plaintiff that the packaging of the goods was not in conformity with packaging standards.

6. The Defendant was under an obligation to advise the Plaintiff of any inferior packaging.

7. At all times the goods in question were in the care, custody and control of the Defendant.

8. At the time the goods were enclosed by the Defendant said goods were damaged.

9. The Defendant had a duty to handle said goods and transport said goods in a manner that would not cause damage to the goods. The Defendant breached said duty to the Plaintiff and as a result of the negligence of the Defendant the goods were damaged.

10. The Plaintiff has sustained damage to its property in an amount sufficient to confer jurisdiction in this Court.

FILED
HENRY S. KINCH JR., CLERK
2006 JUL 21 P 12: 22

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

WHEREFORE the Plaintiff demands judgment from the Defendant for damage to its property together with interest and costs.

COUNT TWO

11. The Plaintiff reiterates the allegations of Count One.

12. The Defendant having contracted with the Plaintiff to transport said goods, breached its contract with the Plaintiff.

Plaintiff
By Its Attorney

Joseph P. Carroll, Esq. #1344
68 Cumberland Street, Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

Dated: ___________________

**THE PLAINTIFF DEMANDS A TRIAL BY JURY**

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

Case # (Filled in by Clerk's Office)
PC 06-3832

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.10). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| JR MUSIC SUPPLY LLC | YELLOW TRANSPORTATION INC.<br>Agent for Service: CT CORPORATION SYSTEM<br>10 Weybosset Street<br>Providence, RI 02903 |

**NATURE OF PROCEEDING** — Check the applicable case type under the main categories listed below. **(Check One Only)**

District Court Appeal ☐ yes (Check type below)

**CIVIL ACTIONS**

- ☐ AGA Agency appeal
- ☐ ALA Alienation of affection
- ☐ ANT Anti-trust
- ☐ ASB Assault and battery
- ☐ BKA Book account
- ☐ CLA Common law assignment
- ☐ CLL Common law lien
- ☐ CON Contract
- ☐ CNV Conversion
- ☐ CRC Criminal conversation
- ☐ CIC Criminal inj compensation
- ☐ DOJ Debt on judgment
- ☐ DTP Deceptive trade practice
- ☐ DEJ Declaratory judgment
- ☐ DPC Denial of probate claim
- ☐ EXT Excessive tax
- ☐ INR Injunctive relief
- ☐ IPL Interpleader
- ☐ LIB Libel/slander
- ☐ MLE Malpractice/legal
- ☐ MME Malpractice/medical
- ☐ MOT Malpractice/other
- ☐ WOM Mandamus, writ of
- ☐ PRT Partition
- ☐ PER Personal injury
- ☐ IDV Personal inj/property dam-vehicle
- ☐ PIV Personal injury-vehicle
- ☐ PRL Product liability
- ☐ PRN Promissory note
- ☒ PDM Property damage PB
- ☐ PDV Property damage-vehicle
- ☐ RLP Real property
- ☐ RIC Reinstate charter
- ☐ DIN Recovery of damages/insurance
- ☐ ROF Recovery of funds
- ☐ WOR Replevin, writ of
- ☐ SPP Specific performance
- ☐ TCO Title clearing (other than tax title)
- ☐ TAE Trespass and ejectment
- ☐ TRA Trustee/accounting
- ☐ TCT Trustee/appt convey title
- ☐ UNM Uninsured motorist
- ☐ WRD Wrongful death

☐ **Other than above (specify type):**

**MISCELLANEOUS PETITIONS**

- ☐ ARA Arbitration award
- ☐ CAR Arbitration/confirm
- ☐ RTA Arbitration/referral
- ☐ VAR Arbitration/vacate
- ☐ AOD Assessment of damages
- ☐ CND Condemnation
- ☐ CFC Confirm compromise
- ☐ DOC Dissolution of corp.
- ☐ EDP End partnership
- ☐ FRR Forclosure of right of redemption
- ☐ TLF Foreclosure/tax lien
- ☐ FOC Forfeiture of charter
- ☐ GJI Grand Jury Investigation
- ☐ HAC Habeas corpus
- ☐ MAW Material witness
- ☐ MEL Mechanics lien
- ☐ OSW Out of state witness
- ☐ PFS Perform surgery
- ☐ PFC Petition for constable
- ☐ PTE Petition to expunge
- ☐ PFI Petition for immunity
- ☐ PIN Pet for inventory (wire tap)
- ☐ PFR Petition for review
- ☐ PTD Pet to take deposition
- ☐ PCR Post conviction relief
- ☐ REC Receivership
- ☐ R5A Rule 5A petition
- ☐ TCL Title clearing (tax title)
- ☐ AOT Trustee/appointment of
- ☐ DOT Trustee/termination of
- ☐ AOS Trustee successor

☐ **Other than above (specify type):**

A True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED 2006 JUL 21 P 12:22 SUPERIOR COURT CLERK

**PROBATE APPEALS**

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name Change

☐ **Other than above (specify type):**

**Is this a case that may require a trial for resolution?** ☒ yes ☐ no If yes: ☒ jury or ☐ non-jury

(attorney name) Joseph P. Carroll, Esquire #1344

(date) 7/19/06

☐ pro se

S-223 6/85

%%

R E C E I P T

Rhode Island Justice System

Receipt Number: SCP230449
Date: 21-JUL-2006
Cashier: SDI

Payor: SD-CARROLL
Address:

| Description | Amount |
|---|---|
| Case: PC-2006-3832 | |
| JR MUSIC SUPPLY V YELLOW TRAN | |
| INITIAL FILING FE | 150.00 |
| RI LEGAL SERVICES | 10.00 |

| | |
|---|---|
| Present Balance: | 160.00 |
| Amount Paid: | 160.00 |
| New Balance Due: | 0.00 |

| | |
|---|---|
| Tender Type: | |
| CHECKS-SCP 4945 | 160.00 |
| | 0.00 |
| Amount Tendered: | 160.00 |
| Amount Paid: | 160.00 |
| Change: | 0.00 |

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JR MUSIC SUPPLY LLC

VS.

C.A. NO. 06-3832

YELLOW TRANSPORTATION INC.
Agent for Service
Corporation Company, Inc.
515 South Kansas
Topeka, KS 6603

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Yellow Transportation, Inc.
c/o Corporation Company, Inc.
515 South Kansas
Topeka, KS 66603

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) B Parks B. Date of Delivery AUG 11 2006

C. Signature X B Parks ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label) 7099 3400 0003 0537 2536

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0003 0537 2536

Article Sent To:
Yellow Transportation Inc.
c/o Corporation Company, Inc.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 1.25 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here 8/9/06

Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No. 515 South Kansas
City, State, ZIP+4 Topeka, KS 66603

PS Form 3800, July 1999 See Reverse for Instructions

SUPERIOR COURT FILED 06 AUG 21 AM 10:02

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island