UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JR MUSIC SUPPLY LLC

VS. C.A. NO. 06-398-ML

YELLOW TRANSPORTATION INC.

PLAINTIFF'S ANSWER TO COUNTERCLAIM

1. Admitted.
2. Admitted.
3. Denied, due to lack of specific knowledge
4. Denied.
5. Denied.
6. Denied.

COUNT ONE

Plaintiff reiterates and incorporates by reference its responses to Plaintiff's 1 through 6.

7. Denied.
8. Admitted.
9. Admitted.
10. Denied.

WHEREFORE, Plaintiff demands judgment dismissing the Counterclaim with prejudice and awarding the Plaintiff its costs.

Plaintiff
By Its Attorney

Joseph P. Carroll, Esq. #1344
68 Cumberland Street, Suite 203
Woonsocket, RI 02895
(401) 766-4118
(401) 769-5222 Fax

CERTIFICATION

I, the undersigned hereby certify that on the 27th day of September, 2006 I mailed a true copy of the within to the following:

Wesley S. Chused, Esquire
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Patrick J. Dougherty, Esquire
155 South Main Street, Suite 304
Providence, Rhode Island 02903

Kenneth R. Hoffman, Esquire
David M. Buffo, Esquire
Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, MO 64112

Jackie Recher