**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JR MUSIC SUPPLY LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 06-398-MC** |
| **YELLOW TRANSPORTATION, INC.** | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and LR Cv 39.4(a) , Plaintiff JR Music Supply LLC and Defendant Yellow Transportation, Inc. hereby stipulate that the claims of each party in the above-captioned matter are dismissed with prejudice, each party to bear their own costs and expenses, including attorney's fees.

Dated: December 19, 2006

Respectfully submitted,

JR MUSIC SUPPLY LLC

By its attorneys,

Joseph P. Carroll
68 Cumberland Street
Suite 203
Woonsocket, Rhode Island 02895
Tel: (401) 766-4118

and

YELLOW TRANSPORTATION, INC.

By its attorneys,

Wesley S. Chused
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800

and

Patrick J. Dougherty
155 South Main Street, Suite 304
Providence, RI 02903
Tel: (401) 273-9770

and

Kenneth R. Hoffman MO#55865
David M. Buffo KS #21399
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel: (816) 983-8000

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants (see below) on this 10th day of January 2007.

Joseph P. Carroll, Esq.
68 Cumberland Street, Suite 203
Woonsocket, RI 02895

*/s/ Wesley S. Chused*
Wesley S. Chused